IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER BROWN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 05-4160 |
| v. | : | 06-2496 |
| | : | 06-5408 |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## MEMORANDUM ORDER

The court has this day issued a series of orders in the above captioned cases: Civil Action Nos. 05-4160, 06-2496 and 06-5408, dismissing some parties and numerous motions. With regard to the claims alleged against the City of Philadelphia, which may still remain, a **STATUS CONFERENCE** is scheduled for Thursday, October 2, 2008 at 10:00 a.m. in Courtroom 14A. Plaintiff will appear in person as well as counsel for the City of Philadelphia.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.