STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER BROWN, | : | CIVIL ACTIONS |
| | : | |
| Plaintiff, | : | NO. 05-4160 |
| | : | |
| v. | : | NO. 06-2496 |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | NO. 06-5408 |
| | : | |
| Defendants. | : | NO. 08-3369 |

# **ORDER**

AND NOW, this 14th day of April, 2009, upon consideration of the complaints, amended complaints, motions, and Show Cause Hearing, related to the consolidated civil actions before the Court, it is hereby ORDERED as follows:

1. All claims asserted by Plaintiff in his complaints in Civil Actions Nos. 05-4160, 06-2496, 06-5408, and 08-3369 are DISMISSED WITH PREJUDICE;

2. All outstanding motions in Civil Actions Nos. 05-4160, 06-2496, 06-5408, and 08-3369 are DENIED WITH PREJUDICE;

3. The Clerk of Court shall statistically close Civil Actions Nos. 05-4160, 06-2496, 06-5408, and 08-3369;

4. Plaintiff Alexander Brown is enjoined from instituting any new pro se civil suits in this Court, under any name previously mentioned in this Opinion or any other name that Plaintiff may use in the future, without the prior permission of any Judge of this Court; and

5. Any request for permission to file a complaint must be accompanied by: (a) a copy of the proposed complaint, (b) a copy of this Opinion and Order, and (c) a

statement listing the titles and docket numbers of all previous lawsuits involving the same defendants or the same or similar subject matter as are involved in the proposed complaint.

BY THE COURT:

S/ Joel H. Slomsky